DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NERMINE HANNA**,
Appellant,

v.

**NATIONSTAR MORTGAGE, LLC, UNKNOWN SPOUSE OF NERMINE HANNA** n/k/a **MOURAD HANNA, BRIDGET RUEBOTTOM, TIMOTHY AGRILLO, FREDERICK AGRILLO, BRIAN MADIO, BRIAN MADIO, AS TRUSTEE OF THE TESTAMENTARY TRUST OF DOLORES HOWARD, DATED DECEMBER 15, 2006, DANIELLE AGRILLO, MARIA SEBASTIAN, VILLAGE OF PALM SPRINGS, FLORIDA, CITY OF LAKE WORTH, FLORIDA,** and **COVERED BRIDGE CONDOMINIUM ASSOCIATION, INC.**,
Appellees.

No. 4D18-2660

[July 11, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Senior Judge; L.T. Case No. 502012CA004064XXXXMB.

James R. Ackley of the Law Offices of James R. Ackley, P.A., West Palm Beach, for appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Eric M. Levine of Akerman LLP, West Palm Beach, for appellee Nationstar Mortgage LLC.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., KUNTZ, J., and BOATWRIGHT, JOE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***